AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

LINKSTON LIONS,

      Petitioner,            JUDGMENT IN A CIVIL CASE

V.

                                 CASE NUMBER: **3:13-cv-00321-RCJ-WGC**

RENEE BAKER, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition (ECF No. 10) is **DENIED** in its entirety. **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

  December 12, 2016                              **LANCE S. WILSON**
                                                             Clerk

                                                             /s/ D. R. Morgan
                                                             Deputy Clerk